# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2021

162668

In re K. I. KILBOURNE, Minor.

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162668
COA: 353238
Bay CC Family Division:
19-012764-NA

_____/

On order of the Court, the application for leave to appeal the December 22, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2021



Clerk

b0615